JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNA BAGHDASARYAN, | Case No.  CV 22-6620-GW-AFMx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| CAPITAL ONE BANK USA, N.A. et al., | |
| Defendants. | |

Based upon the Notice of Dismissal filed by Plaintiff [14] on September 22, 2022, it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: September 26, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE